UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRANK R. O'BRIEN JR., ) | |
| O'BRIEN INDUSTRIAL HOLDINGS, LLC, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF HEALTH AND HUMAN SERVICES; ) | CASE NO. 4:12-cv-476 |
| KATHLEEN SEBELIUS, in her official capacity ) | |
| as the Secretary of the United States Department ) | |
| of Health and Human Services; ) | |
| UNITED STATES DEPARTMENT OF ) | |
| THE TREASURY; TIMOTHY F. GEITHNER, ) | |
| in his official capacity as the Secretary of the ) | |
| United States Department of the Treasury; ) | |
| UNITED STATES DEPARTMENT OF LABOR; ) | |
| and HILDA L. SOLIS, in her official capacity as ) | |
| Secretary of the United States Department of Labor, ) | |
| ) | |
| DEFENDANTS. ) | |
| _____ ) | |

**PLAINITFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS
PURSUANT TO FED. RULES CIV. P. 12(b)(1) and 12 (b)(6)**

Pending before the Court is Defendants' Motion to Dismiss Plaintiffs' Complaint. (Doc. No. 14).  Pursuant to Rule 15(a)(1)(B), plaintiff filed an Amended Complaint on June 11, 2012. (Doc. No. 19).  "An amended complaint supersedes an original complaint and renders the original complaint without legal effect." *Bernard v. U.S. Dept. of the Interior,* 674 F. 3d 904, 909 (8th Cir. 2012), *quoting In re: Wireless Tel. Fed. Cost Recovery Fees Litig.* 396 F. 3d 922, 928 (8th Cir. 2005).

1

Accordingly, Defendants' Motion to Dismiss should be denied as moot.

Submitted this 12th day of June, 2012.

/s/ *Francis J. Manion*
Francis J. Manion (KY Bar No. 85594)*
Geoffrey R. Surtees (KY Bar No. 89063)*
AMERICAN CENTER FOR LAW & JUSTICE
PO Box 60
New Hope, KY 40052
Tel: (502) 549-7020
Fax: (502) 549-5252
fmanion@aclj.org


Edward L. White III (MI Bar No. P62485)*
AMERICAN CENTER FOR LAW & JUSTICE
5068 Plymouth Rd.
Ann Arbor, MI 48105
Tel: (734) 662-2984
Fax: (734) 302-1758

Patrick T. Gillen (MI Bar No. 47456)*
FIDELIS CENTER FOR LAW AND POLICY
1025 Commons Circle
Naples, FL 34119
Tel: (239) 687-5311
Fax:  (312) 276-5129

Attorneys for Plaintiffs

*Pro hac vice granted

2

**CERTIFICATE OF SERVICE**

      I, Francis J. Manion, plaintiffs' co-counsel, hereby certify that on June 12, 2012, a true and correct copy of the foregoing was caused to be filed electronically with this Court through the CM/ECF filing system.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's CM/ECF system. Parties may access this filing through the Court's CM/ECF system.

Michelle R. Bennett (CO Bar No. 37050)
Eric R. Womack
Bradley P. Humphries
Jacek Pruski
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W. Room 7310
Washington, D.C. 20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

                                            **/s/ *Francis J. Manion***
                                            Francis J. Manion (KY Bar No. 85594)*
                                            Geoffrey R. Surtees (KY Bar No. 89063)*
                                            AMERICAN CENTER FOR LAW & JUSTICE
                                            PO Box 60
                                            New Hope, KY 40052
                                            Tel. (502) 549-7020
                                            Fax (502) 549-5252
                                            fmanion@aclj.org

                                            **Pro hac vice granted*