# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 04, 2012

Mr. Patrick T. Gilllen
FIDELIS CENTER FOR LAW AND POLICY
1025 Commons Circle
Naples, FL  34119

Mr. Francis J. Manion
Mr. Geoffrey R. Surtees
AMERICAN CENTER FOR LAW & JUSTICE
Midwest Division
6375 New Hope Road
New Hope, KY  40052

Mr. Edward Lawrence White
AMERICAN CENTER FOR LAW AND JUSTICE
5068 Plymouth Road
Ann Arbor, MI  48105

RE:  12-3357  Frank O'Brien, Jr., et al v. Department of HHS, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs are available on our website, the address of which is shown above.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

JMH

Enclosures

cc: Ms. Michelle R. Bennett
Mr. James G. Woodward

District Court Case Number: 4:12-cv-00476-CEJ

**Caption For Case Number: 12-3357**

Frank R. O'Brien, Jr.; O'Brien Industrial Holdings, LLC

    Plaintiffs - Appellants

v.

U.S. Department of Health and Human Services; Kathleen Sebelius, in her official capacity as the Secretary of the United States Department of Health and Human Services; United States Deprtment of the Treasury; Timothy F. Geithner, in his official capacity as the Secretary of the United States Department of the Treasury; United States Department of Labor; Hilda L. Solis, in her official capacity as Secretary of the United States Department of Labor

    Defendants - Appellees

**Addresses For Case Participants:   12-3357**

Mr. Patrick T. Gilllen
FIDELIS CENTER FOR LAW AND POLICY
1025 Commons Circle
Naples, FL  34119

Mr. Francis J. Manion
Mr. Geoffrey R. Surtees
AMERICAN CENTER FOR LAW & JUSTICE
Midwest Division
6375 New Hope Road
New Hope, KY  40052

Mr. Edward Lawrence White
AMERICAN CENTER FOR LAW AND JUSTICE
5068 Plymouth Road
Ann Arbor, MI  48105

Ms. Michelle R. Bennett
U.S. DEPARTMENT OF JUSITCE
Room 7340
20 Massachusetts Avenue, N.W.
Washington, DC  20530

Mr. James G. Woodward
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
St. Louis, MO  63102