IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |
|---|---|
| FRANK R. O'BRIEN, JR., and<br>O'BRIEN INDUSTRIAL HOLDINGS, LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES; SYLVIA M.<br>BURWELL, in her official capacity as the<br>Secretary of the United States Department of<br>Health and Human Services; UNITED STATES<br>DEPARTMENT OF THE TREASURY;<br>JACOB J. LEW, in his official capacity<br>as Secretary of the United States Department of<br>the Treasury; UNITED STATES DEPARTMENT<br>OF LABOR; THOMAS E. PEREZ, in his official<br>capacity as Secretary of the United States<br>Department of Labor,<br><br>　　　　　　　Defendants. | Civil Action No.<br>4:12-cv-00476-CEJ |

**JOINT MOTION FOR ENTRY OF INJUNCTION AND JUDGMENT**

In light of the Supreme Court's decision in *Burwell v. Hobby Lobby Stores, Inc.*, 134 S. Ct. 2751 (2014), the parties jointly agree that judgment should be entered in favor of plaintiffs on their Religious Freedom Restoration Act claim, that a permanent injunction should be entered, that all other claims against defendants should be dismissed, and that the deadline for any petition by plaintiffs for attorneys' fees or costs should be extended to 60 days after judgment is entered. Accordingly, the parties respectfully request that the Court enter the attached Injunction and Judgment, which has been agreed to by all parties.

The parties further request that the Court vacate the deadlines set forth in the October 31, 2014 Order Setting Rule 16 Conference (ECF No. 61).

Respectfully submitted this 10th day of November, 2014,

*Attorneys for Plaintiffs*

\_/s/ Francis J. Manion_____
Francis J. Manion
Geoffrey R. Surtees
AMERICAN CENTER FOR LAW & JUSTICE
PO Box 60
New Hope, KY 40052
Tel: (502) 549-7020; Fax: (502) 549-5252
fmanion@aclj.org, gsurtees@aclj.org

Edward L. White III
AMERICAN CENTER FOR LAW & JUSTICE
3001 Plymouth Road, Suite 203
Ann Arbor, MI 48105
Tel: (734) 680-8007; Fax: (734) 680-8006
ewhite@aclj.org


*Attorneys for Defendants*

JOYCE R. BRANDA
Acting Assistant Attorney General

RICHARD G. CALLAHAN
United States Attorney

JENNIFER RICKETTS
Director

SHEILA M. LIEBER
Deputy Director

\_/s/ Michelle R. Bennett_____
MICHELLE R. BENNETT (CO Bar No. 37050)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W. Room 7310
Washington, D.C. 20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

Attorneys for Defendants.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

 s/ Michelle R. Bennett
MICHELLE R. BENNETT